```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    PAUL H. ROCHMES (SBN 077928)
 4  Assistant United States Attorney
        Federal Building, Suite 7211
 5      300 North Los Angeles Street
        Los Angeles, California 90012
 6      Telephone: (213) 894-2413
        Facsimile: (213) 894-0115                JS - 6
 7      E-mail: paul.rochmes@usdoj.gov

 8  Attorneys for United States of America

 9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                    WESTERN DIVISION
13
    UNITED STATES OF AMERICA       ) Case No. CV 10-7621 R(MANx)
14                                 )
             Plaintiff,            ) ORDER DISMISSING COMPLAINT AND
15                                 ) ACTION WITH PREJUDICE
         vs.                       )
16                                 ) Date: None set
    AMERIPRISE FINANCIAL SERVICES, ) Time: None set
17  INC.,                          ) Courtroom: 8
                                   )
18           Defendant.            )
                                   )
19                                 )
    _____)
20
```

1    PURSUANT TO THE PARTIES' STIPULATION, the complaint and
2 action are ordered dismissed with prejudice.  Each party shall
3 bear its own costs and attorney's fees.

Dated: March 30, 2011    _____
                          HON. MANUEL L. REAL
                          District Court Judge

Submitted by:

_____
PAUL H. ROCHMES
Assistant United States Attorney